# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **CORNISHA BIRDSONG,** ) | |
| ) | **Case No.: 3:24-cv-00388** |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **JUDGE ALETA A. TRAUGER** |
| ) | |
| **LEE M. MCGARVEY AND NEW** ) | **MAGISTRATE JUDGE** |
| **PRIME, INC.,** ) | **Barbara D. Holmes** |
| ) | |
| **Defendants.** ) | **JURY DEMAND (12)** |

## JOINT MEDIATION REPORT

The parties, by and through their respective counsel, hereby notify the Court of their intention to enter into mediation in this matter on or during the week of April 29, 2025, with Tommy Santel, Esq. acting as the mediator. The parties agree to report to the Court the outcome of their mediation promptly thereafter.

Respectfully submitted this April 4, 2025.

        Respectfully submitted,

        *s/ Thatcher M. Smith (by permission Peter Robison)*
        C. Mark Warren, BPR #13992
        Thatcher M. Smith, BPR #39430
        WARREN & GRIFFIN
        736 Georgia Avenue, Ste. 100
        Chattanooga, TN 37402
        Phone: 423-497-3467
        cmark@warrenandgriffin.com
        thatcher@warrenandgriffin.com
        *Counsel for Plaintiff Cornisha Birdsong*

*s/ Peter C. Robison*
Mary Beth White, BPR #24462
Peter C. Robison, BPR #27498
LEWIS THOMASON, P.C.
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
Phone: 615-259-1366
mbwhite@lewisthomason.com
probison@lewisthomason.com
*Counsel for Defendants Lee M. McGarvey and New Prime, Inc.*

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing JOINT MEDIATION REPORT has been served on the following counsel of record via the Court's ECF system:

    C. Mark Warren
    Elizabeth Fletcher Phillips
    WARREN & GRIFFIN
    736 Georgia Avenue, Ste. 100
    Chattanooga, TN 37402

This the 4th day of April, 2025.

*s/ Peter C. Robison*
Peter C. Robison
