# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CORNISHA BIRDSONG, | Case No.: 3:24-cv-00388 |
| Plaintiff, | |
| v. | JUDGE ALETA A. TRAUGER |
| LEE M. McGARVEY AND NEW PRIME, INC., | MAGISTRATE JUDGE Barbara D. Holmes |
| Defendants. | JURY DEMAND (12) |

## STIPULATION OF DISMISSAL

Plaintiff Cornisha Birdsong ("Plaintiff") and Defendants Lee M. McGarvey and New Prime, Inc. ("Defendants") (Plaintiffs and Defendants collectively "the Parties"), by and through their respective counsel, and as evidenced by their signatures below, hereby stipulate to the dismissal of all claims asserted by Plaintiffs against Defendants in this action.

Respectfully submitted,

*/s/ Thatcher M. Smith*
C. Mark Warren, BPR #13992
Thatcher M. Smith, BPR #39430
WARREN & GRIFFIN
736 Georgia Avenue, Ste. 100
Chattanooga, TN 37402
Phone: 423-497-3467
cmark@warrenandgriffin.com
thatcher@warrenandgriffin.com
*Counsel for Plaintiff Cornisha Birdsong*

*/s/ Peter C. Robison*
Mary Beth White, BPR #24462
Peter C. Robison, BPR #27498
LEWIS THOMASON, P.C.
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
Phone: 615-259-1366
mbwhite@lewisthomason.com
probison@lewisthomason.com
*Counsel for Defendants Lee M. McGarvey and New Prime, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing STIPULATION OF DISMISSAL has been served on the following counsel of record via the Court's ECF system:

C. Mark Warren
Elizabeth Fletcher Phillips
WARREN & GRIFFIN
736 Georgia Avenue, Ste. 100
Chattanooga, TN 37402

This the 22nd day of May, 2025.

*/s/ Peter C. Robison*
Peter C. Robison